Exhibit A

TELWARES

October 21, 2003

Department of Treasury
Internal Revenue Service
Cincinnati, Ohio 45999

Re: Forest City Services, Inc.
EIN # 34-1749015
Telwares # F104

Dear Sir/Madame:

Telwares Communications, LLC is filing this claim on behalf of Forest City Services, Inc., specifically for Federal Excise Taxes collected from claimant through Sprint on Communications Services for the following reasons:

I. Code Section 4252(b) defines "toll telephone service" as telephonic quality communication for which there is a toll charge which varies in amount with the ***distance*** and ***elapsed transmission time*** of each individual communication. The claimant is paying contracted postalized rates (a flat rate regardless of distance and elapsed transmission time) and therefore does not fall under the toll telephone service definition. For that reason, services being charged postalized rates "mileage insensitive" (ex. Interstate traffic) should not be charged FET

II. Code Section 4252(d), defines "private communication services" as a service that entitles the subscriber to ***exclusive*** or priority use to any communications channel or group of channels, or the use of an intercommunications system for the subscriber's stations, regardless of whether such channel, or groups of channels, or intercommunication system may be connected through switching with local or toll telephone service or teletypewriter exchange service. This type of service is exempt from Federal Excise Tax.

The definition of a "Virtual Private Network" is a service offered by the long distance carriers to companies that wish to link multiple locations using ***dedicated access*** lines between those locations. For that reason, a Virtual Private Network is the same as a "Private Communication Service" and is exempt from Federal Excise Tax.

Attached please find the Power of Attorney (form # 2848), the Claim for Refund of Excise Tax (form # 8849), a spreadsheet breaking down the amount that is being requested for refund (excluding interest) copies of Sprint invoices and copies of Forest City Services Inc.'s contracts with Sprint.

The claimant is disputing the taxes from 3rd quarter 2000 through 2nd quarter 2003.

Please contact me at 973-701-8229 as soon as possible if additional information is needed.

Sincerely,

Lisa Marchitelli

Lisa Marchitelli
Telwares Communications, LLC
973-701-8229
lmarchitelli@telwares.com

Attachments

Form **8849** (Rev. July 1999)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Please print in ALL CAPITAL LETTERS. Leave a blank box between words.

Name of claimant: F O R E S T  C I T Y  S E R V I C E S ,  I N C .

Employer identification number (EIN): 3 4 1 7 4 3 0 1 5

Address (number, street, room or suite no.): 1 0 2 5 0  S W  G R E E N B U R G  R D

Social security number (SSN):

City and state or province (Foreign addresses, include postal code as appropriate.): P O R T L A N D ,  O R E G O N

ZIP code: 9 7 2 2 3

Foreign country, if applicable. Do not abbreviate.

Month claimant's income tax year ends: 0 1

Daytime telephone number (optional): 5 0 3 2 4 6 3 3 1 1

**Caution:** *Do not claim any amounts on Form 8849 that were or will be claimed on* ***Schedule C (Form 720),*** *Adjustments and Claims, or Form 4136, Credit for Federal Tax Paid on Fuels.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Claims on Schedules 2, 4, and 5, and Section 4091(d) claims on Schedule 6, cannot be combined with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] President — 1 Oct. 2003

Signature and title (if applicable) — Date

JACQUES VAILLANCOURT

(Please type or print your name below signature.)

For Privacy Act and Paperwork Reduction Act Notice, see instructions. Cat. No. 20027J Form **8849** (Rev. 7-99)

Schedule 6 (Form 8849) (July 1999)

Department of the Treasury—Internal Revenue Service

# Other Claims

▶ Attach to Form 8849. ▶ See instructions on page 2.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN |
|---|---|
| FOREST CITY SERVICES, INC. | 34-1749015 |

Enter the earliest and latest dates of the events included in this claim.

Earliest date: 07 | 01 | 2000 (mo., day, year)    Latest date: 06 | 30 | 2003 (mo., day, year)

| | Claim | Amount of refund (Do not use commas or $ signs.) Dollars | Cents |
|---|---|---|---|
| 1 | Refund of Federal Excise Tax - July 2000 - December 2000 | 58287 | |
| 2 | Refund of Federal Excise Tax - January 2001 - December 2001 | 125481 | |
| 3 | Refund of Federal Excise Tax - January 2002 - December 2002 | 105564 | |
| 4 | Refund of Federal Excise Tax - January 2003 - June 2003 | 50941 | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |

Use the space below for an explanation of each claim listed.

Each claim above has the same explanation.

As per Code Section 4252(b) "Toll Telephone Service" is defined as telephonic quality communication for which there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication.

Forest City Services, Inc. is paying postalized contracted rates (a flat rate regardless of distance and elapsed transmission time) and therefore does not fall under the "toll telephone service" definition.

As per Code 4251 "Communication Services", Federal Excise tax does not apply to "Private Communications". According to Code 4252(d) any customer using a virtual private network plan (i.e. VTNS for AT&T) is exempt from Federal Excise tax.

Forest City Services, Inc. has been overbilled $340,273 for Federal Excise tax for the specific quarters mentioned above on this form.

TELWARES

March 30, 2004

Department of Treasury
Internal Revenue Service
Cincinnati, Ohio 45999

Re: Forest City Services, Inc.
EIN # 34-1749015
Telwares # F104-A

Dear Sir/Madame:

Telwares Communications, LLC is filing this claim on behalf of Forest City Services, Inc., specifically for Federal Excise Taxes collected from claimant through Sprint on Communications Services for the following reasons:

I. Code Section 4252(b) defines "toll telephone service" as telephonic quality communication for which there is a toll charge which varies in amount with the ***distance*** and ***elapsed transmission time*** of each individual communication. The claimant is paying contracted postalized rates (a flat rate regardless of distance and elapsed transmission time) and therefore does not fall under the toll telephone service definition. For that reason, services being charged postalized rates "mileage insensitive" (ex. Interstate traffic) should not be charged FET

II. Code Section 4252(d), defines "private communication services" as a service that entitles the subscriber to ***exclusive*** or priority use to any communications channel or group of channels, or the use of an intercommunications system for the subscriber's stations, regardless of whether such channel, or groups of channels, or intercommunication system may be connected through switching with local or toll telephone service or teletypewriter exchange service. This type of service is exempt from Federal Excise Tax.

The definition of a "Virtual Private Network" is a service offered by the long distance carriers to companies that wish to link multiple locations using ***dedicated access*** lines between those locations. For that reason, a Virtual Private Network is the same as a "Private Communication Service" and is exempt from Federal Excise Tax.

Attached please find the a copy of Power of Attorney (original form # 2848 on file in CAF office), the Claim for Refund of Excise Tax (form # 8849), a spreadsheet breaking down the amount that is being requested for refund (excluding interest) and copies of Sprint invoices.

The claimant is disputing the taxes from 3rd quarter 2003 through 4th quarter 2003.

Please contact me at 973-701-8229 as soon as possible if additional information is needed.

Sincerely,

Lisa Marchitelli

Lisa Marchitelli
Telwares Communications, LLC
973-701-8229
lmarchitelli@telwares.com

Attachments

Form **8849** (Rev. July 1999)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Please print in ALL CAPITAL LETTERS. Leave a blank box between words.

Name of claimant: F O R E S T C I T Y S E R V I C E S , I N C .

Employer identification number (EIN): 3 4 1 7 4 9 0 1 5

Address (number, street, room or suite no.): 1 0 2 5 0 S W G R E E N B U R G R D

Social security number (SSN):

City and state or province (Foreign addresses, include postal code as appropriate.): P O R T L A N D , O R E G O N

ZIP code: 9 7 2 2 3

Foreign country, if applicable. Do not abbreviate.

Month claimant's income tax year ends: 0 1

Daytime telephone number (optional): 5 0 3 2 4 6 3 3 1 1

**Caution:** *Do not claim any amounts on Form 8849 that were or will be claimed on Schedule C (Form 720), Adjustments and Claims, or Form 4136, Credit for Federal Tax Paid on Fuels.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Claims on Schedules 2, 4, and 5, and Section 4091(d) claims on Schedule 6, cannot be combined with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] President — 11 Oct. 2003

Signature and title (if applicable) — Date

JACQUES VAILLANCOURT

(Please type or print your name below signature.)

Schedule 6 (Form 8849) (July 1999)

Department of the Treasury—Internal Revenue Service

# Other Claims

➤ Attach to Form 8849. ➤ See instructions on page 2.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN |
|---|---|
| FOREST CITY SERVICES, INC. | 34-1749015 |

Enter the earliest and latest **dates of the events** included in this claim.

Earliest date: 07 | 01 | 2003 (mo., day, year) Latest date: 12 | 31 | 2003 (mo., day, year)

| | Claim | Amount of refund *Do not use commas or $ signs.* Dollars | Cents |
|---|---|---|---|
| 1 | Refund of Federal Excise Tax - July 2003 - December 2003 | 45001 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |

Use the space below for an explanation of each claim listed.

Each claim above has the same explanation.

As per Code Section 4252(b) "Toll Telephone Service" is defined as telephonic quality communication for which there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication.

Forest City Services, Inc. is paying postalized contracted rates (a flat rate regardless of distance and elapsed transmission time) and therefore does not fall under the "toll telephone service" definition.

As per Code 4251 "Communication Services", Federal Excise tax does not apply to "Private Communications". According to Code 4252(d) any customer using a virtual private network plan (i.e. VTNS for AT&T) is exempt from Federal Excise tax.

Forest City Services, Inc. has been overbilled $45,001 for Federal Excise tax for the specific quarters mentioned above on this form.

TELWARES

April 23, 2004

Department of Treasury
Internal Revenue Service
Cincinnati, Ohio 45999

Re: Forest City Services, Inc.
EIN # 34-1749015
Telwares # F104-B

Dear Sir/Madame:

Telwares Communications, LLC is filing this claim on behalf of Forest City Services, Inc., specifically for Federal Excise Taxes collected from claimant through Sprint on Communications Services for the following reasons:

I. Code Section 4252(b) defines "toll telephone service" as telephonic quality communication for which there is a toll charge which varies in amount with the ***distance*** and ***elapsed transmission time*** of each individual communication. The claimant is paying contracted postalized rates (a flat rate regardless of distance and elapsed transmission time) and therefore does not fall under the toll telephone service definition. For that reason, services being charged postalized rates "mileage insensitive" (ex. Interstate traffic) should not be charged FET

II. Code Section 4252(d), defines "private communication services" as a service that entitles the subscriber to ***exclusive*** or priority use to any communications channel or group of channels, or the use of an intercommunications system for the subscriber's stations, regardless of whether such channel, or groups of channels, or intercommunication system may be connected through switching with local or toll telephone service or teletypewriter exchange service. This type of service is exempt from Federal Excise Tax.

    The definition of a "Virtual Private Network" is a service offered by the long distance carriers to companies that wish to link multiple locations using ***dedicated access*** lines between those locations. For that reason, a Virtual Private Network is the same as a "Private Communication Service" and is exempt from Federal Excise Tax.

Attached please find the a Power of Attorney (form 2848) ,the Claim for Refund of Excise Tax (form # 8849), a spreadsheet breaking down the amount that is being requested for refund (excluding interest) and copies of Sprint invoices.

The claimant is disputing the taxes for 1st quarter 2004.

Please contact me at 973-701-8229 as soon as possible if additional information is needed.

Sincerely,

Lisa Marchitelli

Lisa Marchitelli
Telwares Communications, LLC
973-701-8229
lmarchitelli@telwares.com

Attachments

Form 8849 (Rev. July 1999)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Please print in ALL CAPITAL LETTERS. Leave a blank box between words.

| Field | Entry |
|---|---|
| Name of claimant | FOREST CITY SERVICES, INC. |
| Employer identification number (EIN) | 341749015 |
| Address (number, street, room or suite no.) | 10250 SW GREENBURG RD |
| Social security number (SSN) | |
| City and state or province (Foreign addresses, include postal code as appropriate.) | PORTLAND, OREGON |
| ZIP code | 97223 |
| Foreign country, if applicable. Do not abbreviate. | |
| Month claimant's income tax year ends | 01 |
| Daytime telephone number (optional) | 5032463311 |

**Caution:** *Do not claim any amounts on Form 8849 that were or will be claimed on Schedule C (Form 720), Adjustments and Claims, or Form 4136, Credit for Federal Tax Paid on Fuels.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Claims on Schedules 2, 4, and 5, and Section 4091(d) claims on Schedule 6, cannot be combined with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| Schedule | Description | Check |
|---|---|---|
| Schedule 1 | Nontaxable Use of Fuels | ☐ |
| Schedule 2 | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| Schedule 3 | Gasohol Blending | ☐ |
| Schedule 4 | Sales by Gasoline Wholesale Distributors | ☐ |
| Schedule 5 | Section 4081(e) Claims | ☐ |
| Schedule 6 | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] Signature and title (if applicable)

17 Feb. 2004 Date

JACQUES VAILLANCOURT, PRESIDENT

(Please type or print your name below signature.)

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.** Cat. No. 20027J Form **8849** (Rev. 7-99)

Schedule 6 (Form 8849) (July 1999)

Department of the Treasury—Internal Revenue Service

# Other Claims

▶ Attach to Form 8849. ▶ See instructions on page 2.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN |
| --- | --- |
| FOREST CITY SERVICES, INC. | 34-1749015 |

Enter the earliest and latest dates of the events included in this claim.

Earliest date: 01 | 01 | 2004 (mo., day, year) Latest date: 03 | 31 | 2004 (mo., day, year)

| Claim | Amount of refund *Do not use commas or $ signs.* Dollars | Cents |
| --- | --- | --- |
| 1 Refund of Federal Excise Tax - January 2004 through March 2004 | 18524 | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |

Use the space below for an explanation of each claim listed.

Each claim above has the same explanation.

As per Code Section 4252(b) "Toll Telephone Service" is defined as telephonic quality communication for which there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication.

Forest City Services, Inc. is paying postalized contracted rates (a flat rate regardless of distance and elapsed transmission time) and therefore does not fall under the "toll telephone service" definition.

As per Code 4251 "Communication Services", Federal Excise tax does not apply to "Private Communications". According to Code 4252(d) any customer using a virtual private network plan (i.e. VTNS for AT&T) is exempt from Federal Excise tax.

Forest City Services, Inc. has been overbilled $18,524 for Federal Excise tax for the specific quarters mentioned above on this form.

TELWARES

July 27, 2004

Department of Treasury
Internal Revenue Service
Cincinnati, Ohio 45999

Re: Forest City Services, Inc.
EIN # 34-1749015
Telwares # F104-C

Dear Sir/Madame:

Telwares Communications, LLC is filing this claim on behalf of Forest City Services, Inc., specifically for Federal Excise Taxes collected from claimant through Sprint on Communications Services for the following reasons:

I. Code Section 4252(b) defines "toll telephone service" as telephonic quality communication for which there is a toll charge which varies in amount with the ***distance*** and ***elapsed transmission time*** of each individual communication. The claimant is paying contracted postalized rates (a flat rate regardless of distance and elapsed transmission time) and therefore does not fall under the toll telephone service definition. For that reason, services being charged postalized rates "mileage insensitive" (ex. Interstate traffic) should not be charged FET

II. Code Section 4252(d), defines "private communication services" as a service that entitles the subscriber to ***exclusive*** or priority use to any communications channel or group of channels, or the use of an intercommunications system for the subscriber's stations, regardless of whether such channel, or groups of channels, or intercommunication system may be connected through switching with local or toll telephone service or teletypewriter exchange service. This type of service is exempt from Federal Excise Tax.

The definition of a "Virtual Private Network" is a service offered by the long distance carriers to companies that wish to link multiple locations using ***dedicated access*** lines between those locations. For that reason, a Virtual Private Network is the same as a "Private Communication Service" and is exempt from Federal Excise Tax.

Attached please find the a Power of Attorney (form 2848) ,the Claim for Refund of Excise Tax (form # 8849), a spreadsheet breaking down the amount that is being requested for refund (excluding interest) and copies of Sprint invoices.

The claimant is disputing the taxes for 2nd quarter 2004.

Please contact me at 973-701-8229 as soon as possible if additional information is needed.

Sincerely,

Lisa Marchitelli

Lisa Marchitelli
Telwares Communications, LLC
973-701-8229
lmarchitelli@telwares.com

Attachments

Form 8849 (Rev. July 1999)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Please print in ALL CAPITAL LETTERS. Leave a blank box between words.

Name of claimant: FOREST CITY SERVICES, INC.

Employer identification number (EIN): 341746015

Address (number, street, room or suite no.): 10250 SW GREENBURG RD

Social security number (SSN):

City and state or province (Foreign addresses, include postal code as appropriate.): PORTLAND, OREGON

ZIP code: 97223

Month claimant's income tax year ends: 01

Foreign country, if applicable. Do not abbreviate.

Daytime telephone number (optional): 5032463311

*Caution: Do not claim any amounts on Form 8849 that were or will be claimed on Schedule C (Form 720), Adjustments and Claims, or Form 4136, Credit for Federal Tax Paid on Fuels.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Claims on Schedules 2, 4, and 5, and Section 4091(d) claims on Schedule 6, cannot be combined with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| Schedule 1 | Nontaxable Use of Fuels | ☐ |
| Schedule 2 | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| Schedule 3 | Gasohol Blending | ☐ |
| Schedule 4 | Sales by Gasoline Wholesale Distributors | ☐ |
| Schedule 5 | Section 4081(e) Claims | ☐ |
| Schedule 6 | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] 17 Feb. 2004

Signature and title (if applicable) Date

JACQUES VAILLANCOURT, PRESIDENT

(Please type or print your name below signature.)

Schedule 6 (Form 8849) (July 1999)

Department of the Treasury—Internal Revenue Service

# Other Claims

➤ Attach to Form 8849. ➤ See instructions on page 2.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN |
|---|---|
| FOREST CITY SERVICES, INC. | 34-1749015 |

Enter the earliest and latest dates of the events included in this claim.

Earliest date: 01 | 01 | 2004 (mo., day, year) Latest date: 03 | 31 | 2004 (mo., day, year)

| | Claim | Amount of refund (Do not use commas or $ signs.) Dollars | Cents |
|---|---|---|---|
| 1 | Refund of Federal Excise Tax - April 2004 through June 2004 | 20188 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |

Use the space below for an explanation of each claim listed.

Each claim above has the same explanation.

As per Code Section 4252(b) "Toll Telephone Service" is defined as telephonic quality communication for which there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication.

Forest City Services, Inc. is paying postalized contracted rates (a flat rate regardless of distance and elapsed transmission time) and therefore does not fall under the "toll telephone service" definition.

As per Code 4251 "Communication Services", Federal Excise tax does not apply to "Private Communications". According to Code 4252(d) any customer using a virtual private network plan (i.e. VTNS for AT&T) is exempt from Federal Excise tax.

Forest City Services, Inc. has been overbilled $20,188 for Federal Excise tax for the specific quarters mentioned above on this form.

MSS·GROUP

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

January 10, 2005

Internal Revenue Service
Cincinnati, OH 45999-0002

Re: Forest City Services, Inc.
EIN: 34-1749015
July 2004 through September 2004

Dear Sir or Madam:

Enclosed please find refund claims with respect to the federal communications excise tax for the periods July 2004 through September 2004. Also enclosed is a Tax Information Authorization for your files.

Please acknowledge receipt of the enclosed by signing and dating the extra copy of this letter and returning it to me in the postage-paid envelope provided for this purpose.

Sincerely,

INTERNAL REVENUE SERVICE
RECEIVED
JAN 13 2005
SERVICE CENTER DIRECTOR
COVINGTON, KY
MAIL UNIT #19

Ginnie Mauro
Manager, Tax
770-512-8280 x1
Ginnie.Mauro@MSSGroup.com

Form **8849** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: FOREST CITY SERVICES INC

Employer identification number (EIN): 341746015

Address (number, street, room or suite no.): 10250 SW GREENBURG RD

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: PORTLAND OREGON

ZIP code: 97223

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends: 01

Daytime telephone number (optional): 5032463311

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720)****, Claims, Form 4136, Credit for Federal Tax Paid on Fuels, Form 2290, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return On Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4081(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| Schedule 1 | Nontaxable Use of Fuels | ☐ |
| Schedule 2 | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| Schedule 3 | Gasohol Blending | ☐ |
| Schedule 4 | Sales by Gasoline Wholesale Distributors | ☐ |
| Schedule 5 | Section 4081(e) Claims | ☐ |
| Schedule 6 | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature]

Signature and title (if applicable)

Dec. 10 2004

Date

JAQUES VAILLANCOURT, PRESIDENT

Type or print your name below signature.

Schedule 6 (Form 8849) (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Other Claims

➤ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1-5) |
|---|---|---|
| FOREST CITY SERVICES INC. | 34-1749015 | $ 21042.91 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ➤ 07012004 Latest date ➤ 08312004

Claimant's registration number for Section 4091(d) claims. ➤ ____________

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | JULY 1, 2004 THROUGH AUGUST 31, 2004 | $ 21042 | 91 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

SEE ATTACHED

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

8849 SCHEDULE 6 ATTACHMENT

Name of Claimant: FOREST CITY SERVICES INC.
Employer Identification Number: 34-1749015
Type of Return Filed: 720 (No. 22)
Excise Tax: Communications Excise Tax
Period of Claim: July 1, 2004 through August 31, 2004
Amount to be Refunded: $ 21042.91 *plus interest* (See last paragraph of this Attachment.)

AS PER CODE SECTION 4252(b) "TOLL TELPHONE SERVICE" IS DEFINED AS TELEPHONIC QUALITY COMMUNICATION FOR WHICH THERE IS A TOLL CHARGE WHICH VARIES IN AMOUNT WITH THE DISTANCE AND ELAPSED TRANSMISSION TIME OF EACH INDIVIDUAL COMMUNICATION.

CLAIMANT IS PAYING POSTALIZED CONTRACTED RATES WHICH DOES NOT VARY WITH THE DISTANCE OF THE CALL(s). ADDITIONALLY, THE SERVICE DOES NOT ENTITLE CLAIMANT, UPON PAYMENT OF A PERIODIC CHARGE (DETERMINED AS A FLAT AMOUNT ON THE BASIS TO TOLL ELAPSED TRANSMISSION TIME), TO AN UNLIMITED NUMBER OF CALLS TO OR FROM ALL PERSONS IN A SPECIFIED AREA. THEREFORE, THE SERVICES DO NOT FALL UNDER THE "TOLL TELEPHONE SERVICE" DEFINITION.

AS PER CODE 4251 "COMMUNICATION SERVICES"' FEDERAL EAXCISE TAX DOES NOT APPLY TO "PRIVATE COMMUNICATIONS". ACCORDING TO CODE 4252(d) ANY CUSTOMER USING A VIRTUAL PRIVATE NETWORK PLAN (i.e. VTNS FOR AT&T) IS EXEMPT FROM FEDERAL EXCISE TAX.

THIS CLAIM IS FILED ACCORDING TO REV. RUL. 60-58, 1960-1 CB 638.

PLEASE NOTE THAT THE EXACT AMOUNT OF THE TAXES HAVS NOT YET BEEN DETERMINED. THEREFORE, THE CLAIMANT RESERVES THE RIGHT TO AMEND THE AMOUNT OF THE CLAIM.