Jacob J. Miles, Esq.
Joseph J. Boyle, Esq.
Paul L. Kattas, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800
Attorneys for Plaintiff
Forest City Services, Inc.

FILED
SEP 7 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT

OF FEDERAL CLAIMS

| | |
|---|---|
| FORKEST CITY SERVICES, INC.<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case Number 06-627 T |

PLAINTIFF FOREST CITY SERVICES, INC.

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Forest City Services, Inc. ("Plaintiff"), hereby certifies that no publicly held corporation owns more than ten percent of its stock.

Dated: September 5, 2006

KELLEY DRYE & WARREN LLP

By: [signature]
Jacob J. Miles, Esq.
Paul L. Kattas, Esq.
Joseph A. Boyle, Esq.
Attorneys for Plaintiff
Forest City Services, Inc.