# In the United States Court of Federal Claims

* * * * * *

FOREST CITY SERVICES, INC. *

Plaintiff, * No. 06-627T

v. * Filed: November 3, 2006

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

Defendant's motion for enlargement of time to December 6, 2006 within which to file a response to the Complaint is GRANTED. Plaintiff does not oppose.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge